KILPATRICK TOWNSEND & STOCKTON LLP
David E. Sipiora (State Bar No. 124951)
dsipiora@kilpatricktownsend.com
Kristopher L. Reed (State Bar No. 235518)
kreed@kilpatricktownsend.com
Matthew C. Holohan (State Bar No. 239040)
mholohan@kilpatricktownsend.com
1400 Wewatta Street, Suite 600
Denver, CO 80202
Telephone: 303.571.4000
Facsimile: 303.571.4321

Darius C. Samerotte (State Bar No. 296252)
DSamerotte@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: 415.576.0200
Facsimile: 415.576.0300

Attorneys for Plaintiff THUNDER POWER
NEW ENERGY VEHICLE
DEVELOPMENT COMPANY LIMITED

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THUNDER POWER NEW ENERGY VEHICLE DEVELOPMENT COMPANY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>BYTON NORTH AMERICA CORPORATION, NANJING BYTON ELECTRIC VEHICLE CO., LTD., AND BYTON GMBH,<br><br>Defendants. | Case No. 5:18-cv-3115-JST<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO BRIEF DEFENDANTS' MOTIONS TO DISMISS** |

Pursuant to Civil L.R. 6-2, Plaintiff Thunder Power New Energy Vehicle Development Company Limited ("Plaintiff") and Defendants Byton North America Corporation, Byton GmbH, and Nanjing Byton Electric Vehicle Co., Ltd. (collectively, "Defendants") stipulate to extend the briefing schedule for Defendants Nanjing Byton Electric Vehicle Co., Ltd. and Byton GmbH's Motion to Dismiss (Dkt. No. 28) and Defendant Byton North America Corporation's Motion to Dismiss (Dkt. No. 29) as follows:

WHEREAS, Defendants filed two motions to dismiss on July 30, 2018;

WHEREAS, consistent with the commentary to Civil L.R. 7-2, the parties met and conferred to consider the appropriateness of "a longer notice period with correspondingly longer periods for response or reply";

WHEREAS, after this meet and confer, the parties agreed that an extended briefing schedule would be appropriate;

IT IS HEREBY STIPULATED AND AGREED that the time by which Plaintiff may file oppositions to each of Defendants' motions (Dkt. Nos. 28 & 29) is extended to September 4, 2018;

IT IS FURTHER STIPULATED AND AGREED that the time by which Defendants shall reply to Plaintiff's oppositions to Defendants' motions is extended to September 18, 2018.

Pursuant to Civil L.R. 6-2(a), this stipulation is accompanied by the Declaration of Matthew C. Holohan ("Holohan Decl.").

The parties previously stipulated to extend time to respond to the Complaint. Holohan Decl. ¶ 3. The parties previously stipulated to extend the briefing schedule for Plaintiff's Motion for Preliminary Injunction, and this stipulation was so ordered by the Court. *Id.* ¶ 4. The extension requested herein will not otherwise affect the schedule for the case. *Id.* ¶ 5.

| | |
|---|---|
| DATED: August 8, 2018 | Respectfully submitted, |

| | |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON LLP | WOMBLE BOND DICKINSON (US) LLP |
| */s/ Matthew C. Holohan* | */s/ John F. Morrow* |
| David E. Sipiora (State Bar No. 124951)<br>Kristopher L. Reed (State Bar No. 235518)<br>Matthew C. Holohan (State Bar No. 239040)<br>1400 Wewatta Street, Suite 600<br>Denver, CO 80202<br>Telephone: 303.571.4000<br>Facsimile: 303.571.4321 | Joshua Anderson (State Bar No. 279170)<br>Womble Bond Dickinson (US) LLP<br>3200 Park Center Drive, Ste. 700,<br>Costa Mesa, CA 92626<br>Telephone: (657) 266-1046<br>Facsimile: (714) 371-2656 |
| Darius C. Samerotte (State Bar No. 296252)<br>Two Embarcadero Center, Suite 1900<br>San Francisco, CA 94111<br>Telephone: 415.576.0200<br>Facsimile: 415.576.0300 | John F. Morrow (admitted *pro hac vice*)<br>One West Fourth Street<br>Winston-Salem, NC 27101<br>Telephone: (336) 721-3584<br>Facsimile: (919) 733-8429 |
| Attorneys for Plaintiff THUNDER POWER NEW ENERGY VEHICLE DEVELOPMENT COMPANY LIMITED | David R. Boaz (admitted *pro hac vice*)<br>555 Fayetteville, Suite 1100<br>Raleigh, NC 27601<br>Telephone: (919) 755-8124<br>Facsimile: (919) 755-6042 |
| | Attorneys for Defendants BYTON NORTH AMERICA CORPORATION, NANJING BYTON ELECTRIC VEHICLE CO., LTD., AND BYTON GMBH |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 9, 2018

_____
Honorable Jon S. Tigar
United States District Judge

71029197V.1

STIPULATION REGARDING BRIEFING SCHEDULE ON MOTIONS TO DISMISS - 2 -
CASE NO. 5:18-cv-3115-JST