1  KILPATRICK TOWNSEND & STOCKTON LLP
   David E. Sipiora (State Bar No. 124951)
2  dsipiora@kilpatricktownsend.com
   Kristopher L. Reed (State Bar No. 235518)
3  kreed@kilpatricktownsend.com
   Matthew C. Holohan (State Bar No. 239040)
4  mholohan@kilpatricktownsend.com
5  1400 Wewatta Street, Suite 600
   Denver, CO 80202
6  Telephone: 303.571.4000
   Facsimile: 303.571.4321
7
8  Darius C. Samerotte (State Bar No. 296252)
   DSamerotte@kilpatricktownsend.com
9  Two Embarcadero Center, Suite 1900
   San Francisco, CA 94111
10 Telephone: 415.576.0200
   Facsimile: 415.576.0300
11

12 *Additional counsel listed on signature page.*

13 Attorneys for Plaintiff THUNDER POWER
   NEW ENERGY VEHICLE DEVELOPMENT
14 COMPANY LIMITED

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUNDER POWER NEW ENERGY VEHICLE DEVELOPMENT COMPANY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>BYTON NORTH AMERICA CORPORATION, NANJING BYTON NEW ENERGY VEHICLE TECHNOLOGY DEVELOPMENT CO., LTD.,<br><br>Defendants. | Case No. 3:18-cv-03115-JST<br><br>**JOINT STIPULATION TO STAY BRIEFING ON NANJING BYTON'S MOTION TO DISMISS (ECF NO. 61) AND THUNDER POWER'S MOTION FOR JURISDICTIONAL DISCOVERY (ECF NO. 68) UNTIL NOVEMBER 14, 2018 AND [PROPOSED] ORDER**<br><br>Complaint Filed: June 4, 2018 |

Pursuant to Civil Local Rule 6-2, Plaintiff Thunder Power New Energy Vehicle Development Company Limited ("Thunder Power") and Defendant Nanjing Byton New Energy Vehicle Technology Development Co., Ltd. ("Nanjing Byton") hereby stipulate as follows:

WHEREAS, on October 3, 2018, Nanjing Byton filed a motion to dismiss for lack of personal jurisdiction and noticed a hearing for November 8, 2018, with responses due by October 17, 2018 and replies due by October 24, 2018 ("Motion to Dismiss") (ECF No. 61);

WHEREAS, on October 15, 2018, Thunder Power filed a motion for jurisdictional discovery and to stay the Motion to Dismiss and noticed a hearing for November 29, 2018, with responses due by October 29, 2018 and replies due by November 5, 2018 ("Motion for Jurisdictional Discovery") (ECF No. 68);

WHEREAS, the parties have, most recently, met and conferred on October 15 and 16, 2018 in an effort to resolve their disputes about personal jurisdiction and believe that, given additional time, they may be able to do so, thus obviating the need for additional briefing and involvement of the Court, *see* Declaration of Darius C. Samerotte ¶ 2;

IT IS HEREBY STIPULATED AND AGREED that the parties request that the Court take the hearings for the Motion to Dismiss and the Motion for Jurisdictional Discovery off calendar and stay briefing on each motion until November 14, 2018;

IT IS FURTHER STIPULATED AND AGREED that if the parties are unable to fully resolve their dispute, such that one or both motions remain on file, the parties will work together in good faith to submit a stipulated briefing and hearing schedule to the Court by November 14, 2018.

The parties previously stipulated to extend time to respond to the Complaint, the First Amended Complaint, and unrelated motions as described in the accompanying declaration of Darius C. Samerotte. *See id*. ¶ 3.

This extension will not otherwise affect the schedule for the case. *See id*. ¶ 4.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: October 18, 2018 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | | By: /s/ *Darius C. Samerotte* |
| | | David E. Sipiora (CA Bar No. 124951) |
| 3 | | dsipiora@kilpatricktownsend.com |
| 4 | | Kristopher L. Reed (State Bar No. 235518) |
| | | kreed@kilpatricktownsend.com |
| 5 | | Matthew C. Holohan (State Bar No. 239040) |
| | | mholohan@kilpatricktownsend.com |
| 6 | | 1400 Wewatta Street, Suite 600 Denver, CO 80202 |
| 7 | | Telephone: 303-571-4000 |
| | | Facsimile: 303-571-4321 |
| 8 | | |
| 9 | | Darius C. Samerotte (State Bar No. 296252) |
| | | DSamerotte@kilpatricktownsend.com |
| 10 | | Two Embarcadero Center, Suite 1900 |
| | | San Francisco, CA 94111 |
| 11 | | Telephone: 415-576-0200 |
| | | Facsimile: 415-576-0300 |
| 12 | | |
| 13 | | Dario Machleidt (*pro hac vice*) |
| | | dmachleidt@kilpatricktownsend.com |
| 14 | | 1420 Fifth Avenue, Suite 3700 |
| | | Seattle, WA 98101 |
| 15 | | Telephone: 206-467-9600 |
| | | Facsimile: 206-623-6793 |
| 16 | | |
| 17 | | Attorneys for Plaintiff |
| | | THUNDER POWER NEW ENERGY VEHICLE |
| 18 | | DEVELOPMENT COMPANY LIMITED |
| 19 | | WOMBLE BOND DICKINSON (US) LLP |
| 20 | | By: /s/ *John F. Morrow* |
| | | Joshua Anderson (CA Bar No. 279170) |
| 21 | | Womble Bond Dickinson (US) LLP |
| | | 3200 Park Center Drive, Ste. 700, Costa Mesa, CA 92626 |
| 22 | | Telephone: (657) 266-1046 |
| | | Fax: (714) 371-2656 |
| 23 | | |
| 24 | | John F. Morrow – SBN-NC 23382 (*pro hac vice*) |
| | | Womble Bond Dickinson (US) LLP |
| 25 | | One West Fourth Street |
| | | Winston-Salem, NC 27101 |
| 26 | | 336-721-3584 |
| | | 919-733-8429 |
| 27 | | |
| 28 | | David R. Boaz – SBN-NC 44229 (*pro hac vice*) |
| | | Womble Bond Dickinson (US) LLP |
| | | 555 Fayetteville, Suite 1100 |

Raleigh, NC  27601
919-755-8124
919-755-6042

Attorneys for Defendants
BYTON NORTH AMERICA CORPORATION, NANJING BYTON NEW ENERGY VEHICLE TECHNOLOGY DEVELOPMENT CO., LTD.

**ATTESTATION OF E-FILED SIGNATURE**

I, Darius Samerotte, am the ECF User whose ID and password are being used to file this **Joint Stipulation to Stay Briefing on Nanjing Byton's Motion to Dismiss (ECF No. 61) and Thunder Power's Motion for Jurisdictional Discovery (ECF No. 68) and [Proposed] Order**. In compliance with Local Rule 5-1(i)(3), I hereby attest that John F. Morrow has concurred in this filing.

Dated: October 18, 2018

/s/ *Darius C. Samerotte*
Darius C. Samerotte

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: October 23, 2018

_____
Hon. Jon S. Tigar
UNITED STATES DISTRICT JUDGE