1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  THUNDER POWER NEW ENERGY VEHICLE DEVELOPMENT COMPANY LIMITED,

Case No. 18-cv-03115-JST

Plaintiff,

**JUDGMENT**

Re: ECF Nos. 77, 79

v.

BYTON NORTH AMERICA CORPORATION, et al.,

Defendants.

On October 31, 2018, the Court granted in full Byton North America's motion to dismiss and allowed Thunder Power 21 days to amend its complaint. ECF No. 77 at 15. On November 7, 2018, Thunder Power gave the Court notice of its intent not to file an amended complaint. ECF No. 79. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants Byton North America and Nanjing Byton New Energy Vehicle Technology Development Company Limited and against Plaintiff Thunder Power New Energy Vehicle Development Company Limited. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: November 8, 2018

_____
JON S. TIGAR
United States District Judge